585 A.2d 407
STATE OF NEW JERSEY v. CURTIS JENKINS.

October 30, 1990.

Petition for certification denied.

585 A.2d 407
STATE OF NEW JERSEY v. RONALD WILSON.

October 30, 1990.

Petition for certification denied.

585 A.2d 407
STATE OF NEW JERSEY v. RICHARD KUKLINSKI.

October 30, 1990.

Petition for certification denied.

585 A.2d 407
STATE OF NEW JERSEY v. BRUCE ANDERSON.

October 30, 1990.

Petition for certification granted.

585 A.2d 407
STATE OF NEW JERSEY v. JOSEPH ARTHUR COTE.

October 30, 1990.

Petition for certification denied.